LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

SPENCER J. PAHLKE (State Bar #250914)
spahlke@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**
KENNETH MEDLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MEDLEY,<br><br>                     Plaintiffs,<br><br>          v.<br><br>McNEILUS TRUCK AND MANUFACTURING, INC. and DOES ONE through ONE HUNDRED,<br><br>                     Defendants. | Case No. 2:15-CV-02453-TLN-CKD<br><br>**ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR THE PURPOSE OF DEPOSING WITNESSES**<br><br>The Honorable Troy L. Nunley<br>Trial Date:  August 7, 2017 |

**ORDER**

IT IS HEREBY ORDERED THAT:

The deadline for completion of fact discovery is extended from September 12, 2016 to October 15, 2016.

Dated: August 8, 2016

_____
Troy L. Nunley
United States District Judge