UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MEDLEY,<br><br>    Plaintiff,<br><br>v.<br><br>McNEILUS TRUCK AND MANUFACTURING INC., and DOES 1 through 100,<br><br>    Defendant.<br>_____<br>USA WASTE OF CALIFORNIA INC.,<br><br>    Intervenor<br><br>v.<br><br>McNEILUS TRUCK AND MANUFACTURING INC., and DOES 1 through 100, inclusive,<br><br>    Defendant. | Case No. 2:15-cv-02453-TLN-CKD<br><br>**ORDER GRANTING MOTION FOR LEAVE TO INTERVENE** |

Following the filing of USA Waste of California Inc.'s Motion for Leave to Intervene in this matter and the failure of Plaintiff Kenneth Medley and Defendant McNeilus Truck and

Manufacturing Inc. to oppose, the Court hereby GRANTS USA Waste of California Inc's motion for leave to intervene.  As such, USA Waste of California Inc. is now a party to the case.

      IT IS SO ORDERED.

Dated: September 26, 2016

Troy L. Nunley
United States District Judge