ADAM M. AMBROZY, SBN 258237
**LENAHAN, LEE, SLATER & PEARSE, LLP**
1030 15TH Street, Suite 300
Sacramento, CA 95814
Telephone: (916) 443-1030
Facsimile: (916) 443-0869

Attorneys for Plaintiff in Intervention
USA WASTE OF CALIFORNIA INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MEDLEY,<br><br>Plaintiff,<br><br>v.<br><br>McNEILUS TRUCK AND MANUFACTURING INC., and DOES 1 through 100,<br><br>Defendants.<br>_____<br>USA WASTE OF CALIFORNIA INC.,<br><br>Intervenor<br><br>v.<br><br>McNEILUS TRUCK AND MANUFACTURING INC., and DOES 1 through 100, inclusive,<br><br>Defendants | Case No. 2:15-cv-02453-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR THE PURPOSE OF DEPOSING WITNESSES AND TO EXTEND THE EXPERT DISCLOSURE AND EXPERT DISCOVERY CUT OFF DATES**<br><br>The Honorable Troy L. Nunley<br>Trial Date: August 7, 2017 |

Subject to the approval of this Court, the parties hereby stipulate to extend the deadline for completion of fact discovery from October 15, 2016 to December 15, 2016. The parties also stipulate that the deadline to disclosure expert witnesses be extended to January 16, 2017 with expert discovery cutting off on March 16, 2017. The parties make this request because extra

time is necessary to complete fact discovery, which all sides have pursued diligently. Further, Waste Management only recently became a a party to this action on September 26, 2016 and as such has, had insufficient time to conduct written discovery in any form. In addition, additional depositions are required which may also lead to the need for further depositions, based on facts discovered in the initial depositions. Premised upon these facts, as well as the fact there is more than sufficient time prior to the assigned trial date in this matter, the parties request that the fact discovery deadline be extended to December 15, 2016; the expert disclosure deadline be extended to January 16, 2017 ; and the expert discovery cut off be extended to March 16, 2017.

The requested extension will not affect any of the other dates set in this case. The parties have conferred and jointly agree to this extension.

SO STIPULATED.

Dated:  11/1/16                             LENAHAN, LEE, SLATER & PEARSE, LLP

                                            /s/
                                            ADAM M. AMBROZY
                                            Attorney for Intervenor

SO STIPULATED.

Dated: 11/1/16                              /s/
                                            SPENCER J. PAHLKE
                                            Attorney for Plaintiffs

SO STIPULATED.

Dated:  11/1/16                             /s/
                                            ELIZABETH V. MCNULTY
                                            Attorney for Defendant

1  **PURSANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: November 7, 2016

_____
Troy L. Nunley
United States District Judge