Elizabeth V. McNulty (Bar No. 192455)
emcnulty@talawfirm.com
Cyrus D. Wilkes (Bar No. 259625)
cwilkes@talawfirm.com
TAYLOR | ANDERSON LLP
19100 Von Karman Avenue, Suite 820
Irvine, California 92612
Tel. No.:  (949) 390-6500
Fax No.:  (949) 390-6510

Attorneys for Defendant
McNEILUS TRUCK AND MANUFACTURING, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MEDLEY,<br><br>             Plaintiff,<br><br>v.<br><br>McNEILUS TRUCK AND MANUFACTURING, INC., and DOES ONE through ONE HUNDRED,<br><br>             Defendants. | Case No.  2:15-cv-02453-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE CUTOFF DATE**<br><br>Judge:      Hon. Troy L. Nunley<br>Crt. Rm.:   2, 15th Floor |

Subject to the approval of this Court, the parties hereby stipulate to extend the deadline for disclosure of expert witnesses from January 16, 2017 to March 1, 2017, with the deadline to designate a supplemental list of expert witnesses to be set twenty days thereafter on March 21, 2017.  This additional time is necessary because Waste Management only recently became a named party to this action on September 26, 2016, and has had difficulty in designating witness(es) in response to Defendant McNeilus Truck and Manufacturing, Inc.'s FRCP 30(b)(6) deposition notice.  Despite the parties' diligence in coordinating depositions and conducting discovery, the Parties wish to postpone the expert disclosures briefly to allow time to process the evidence expected from Waste management's 30(b)(6) deposition(s) before confirming their selection of

experts and submitting their reports.

Trial in this matter is set for August 7, 2017, and thus the amended schedule would still comport with the requirement that expert disclosures be made 90 days before trial. Fed. R. Civ. P. 26(a)(2)(D). The requested extension will not affect any of the other dates set in this case. The parties have conferred and jointly agree to this extension.

SO STIPULATED:

Dated:     December 29, 2016                WALKUP, MELODIA, KELLY & SCHOENBERGER

                                            */s/ Spencer Pahlke*
                                            Spencer Pahlke
                                            Attorney for Plaintiff
                                            KENNETH MEDLEY

Dated:     December 29, 2016                TAYLOR | ANDERSON, LLP

                                            */s/ Elizabeth McNulty*
                                            Elizabeth V. McNulty
                                            Cyrus Wilkes
                                            Attorneys for Defendant
                                            McNEILUS TRUCK AND MANUFACTURING, INC.

Dated:     December 29, 2016                LENAHAN, LEE, SLATER & PEARSE, LLP

                                            */s/ Adam Ambrozy*
                                            Adam Ambrozy
                                            Attorney for Plaintiff in Intervention
                                            USA WASTE OF CALIFORNIA, INC.

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   January 04, 2017

_____
Troy L. Nunley
United States District Judge