| | |
|---|---|
| 1 | ADAM M. AMBROZY, SBN 258237 |
|   | **LENAHAN, LEE, SLATER & PEARSE, LLP** |
| 2 | 1030 15TH Street, Suite 300 |
|   | Sacramento, CA 95814 |
| 3 | Telephone: (916) 443-1030 |
|   | Facsimile: (916) 443-0869 |
| 4 | |
|   | Attorneys for Plaintiff in Intervention |
| 5 | USA WASTE OF CALIFORNIA INC. |

1  ADAM M. AMBROZY, SBN 258237
   **LENAHAN, LEE, SLATER & PEARSE, LLP**
2  1030 15TH Street, Suite 300
   Sacramento, CA 95814
3  Telephone: (916) 443-1030
   Facsimile: (916) 443-0869
4
   Attorneys for Plaintiff in Intervention
5  USA WASTE OF CALIFORNIA INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MEDLEY, | Case No. 2:15-cv-02453-TLN-CKD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE CUTOFF DATE** |
| McNEILUS TRUCK AND MANUFACTURING INC., and DOES 1 through 100, | Judge:  The Honorable Troy L. Nunley |
| | Crt. Rm.: 2, 15th Floor |
| Defendants. | |
| USA WASTE OF CALIFORNIA INC., | |
| Intervenor | |
| v. | |
| McNEILUS TRUCK AND MANUFACTURING INC., and DOES 1 through 100, inclusive, | |
| Defendants | |

Subject to the approval of this Court, the parties hereby stipulate to extend the deadline for disclosure of expert witnesses from March 1, 2017 to April 3, 2017, with the deadline to designate supplemental list of expert witnesses to be set twenty days thereafter on May 4, 2017.

-1-
**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE CUTOFF DATE**

This additional time is necessary because Waste Management witnesses continue to be deposed and identified in response to Defendant McNeilus Truck and Manufacturing, Inc,'s FRCP 30(b)(6) deposition notice. Despite the parties' diligence in coordinating depositions and conducting discovery, the Parties wish to postpone the expert disclosures again to allow time to process the evidence expected from Waste Management's 30 (b)(6) deposition(s) before confirming their selection of experts and submitting their reports. Further, the parties have restarted settlement negiotations which will be hindered if the expert disclosure date is not amended.

Trial in this matter is set for August 7, 2017, and thus the amended schedule would still comport with the requirement that expert disclosures be made 90 days before trial. Fed. R. Civ. P.26(a)(2)(D). The requested extension will not affect any of the other dates set in this case. The parties have conferred and jointly agree to this extension.

SO STIPULATED.

Dated: 2/27/17                LENAHAN, LEE, SLATER & PEARSE, LLP


                                        /s/
                              ADAM M. AMBROZY
                              Attorney for Intervenor- USA Waste of California, Inc.

SO STIPULATED.

Dated: 2/27/17                          /s/
                              SPENCER J. PAHLKE
                              Attorney for Plaintiff- Kenneth Medley
                              (Agreed to terms on 2/27/17)

SO STIPULATED.

Dated: 2/27/17                          /s/
                              ELIZABETH V. MCNULTY
                              Attorney for Defendant- McNeilus Trck and Manufacturing, Inc.
                              (Agreed to terms on 2/27/17)

**PURSANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   February 28, 2017

_____
Troy L. Nunley
United States District Judge