Elizabeth V. McNulty (Bar No. 192455)
emcnulty@talawfirm.com
Cyrus D. Wilkes (Bar No. 259625)
cwilkes@talawfirm.com
TAYLOR | ANDERSON LLP
19100 Von Karman Avenue, Suite 820
Irvine, California 92612
Tel. No.: (949) 390-6500
Fax No.: (949) 390-6510

Attorneys for Defendant
McNEILUS TRUCK AND MANUFACTURING, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MEDLEY,<br><br>  Plaintiff,<br><br>v.<br><br>McNEILUS TRUCK AND MANUFACTURING, INC., and DOES ONE through ONE HUNDRED,<br><br>  Defendants. | Case No. 2:15-cv-02453-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIONAL DOCUMENTS FILING DATE**<br><br>Judge:  Hon. Troy L. Nunley<br>Crt. Rm.:  2, 15th Floor |

| | |
|---|---|
| 1 | WHEREAS, the parties to this Action submitted a Notice of Settlement on April 12, 2017; |
| 2 | WHEREAS, on that same day, pursuant to Local Rule 160, this Court set a May 3, 2017 |
| 3 | deadline to file dispositional documents; |
| 4 | WHEREAS, the parties have been working diligently complete the settlement and |
| 5 | dismissal of this action; and |
| 6 | WHEREAS, despite the parties' diligence, additional time is required to complete the |
| 7 | execution of papers necessary to implement the resolution of this action: |
| 8 | Subject to the approval of this Court, the parties hereby request and stipulate to extend the |
| 9 | deadline to file dispositional documents from May 3, 2017 to May 24, 2017. |
| 10 | The parties have conferred and jointly agree to this extension. |

SO STIPULATED:

Dated: May 3, 2017                              WALKUP, MELODIA, KELLY & SCHOENBERGER

                                                  /s/ *Justin Chou*
                                                  Justin Chou
                                                  Attorney for Plaintiff
                                                  KENNETH MEDLEY

Dated: May 3, 2017                              TAYLOR | ANDERSON, LLP

                                                  /s/ *Elizabeth McNulty*
                                                  Elizabeth V. McNulty
                                                  Cyrus Wilkes
                                                  Attorneys for Defendant
                                                  McNEILUS TRUCK AND
                                                  MANUFACTURING, INC.

Dated: May 3, 2017                              LENAHAN, LEE, SLATER & PEARSE, LLP

                                                  /s/ *Adam Ambrozy*
                                                  Adam Ambrozy
                                                  Attorney for Plaintiff in Intervention
                                                  USA WASTE OF CALIFORNIA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 03, 2017

_____
Troy L. Nunley
United States District Judge